AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

ADRENA H.,

Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   1:22-cv-00729

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...it is therefore ORDERED this case is DISMISSED with prejudice for Plaintiff's failure file a Statement of Errors within 45 after filing of the administrative record. See Ohio S.D. Rule 8.1(b).

| 9/5/2023 | RICHARD W. NAGEL, CLERK |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |